UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: )
)
MOON, KAREN DENISE ) Case #: 6:11-bk-12522-KSJ
) Chapter 7
)
 Debtor )

## TRUSTEE'S NOTICE OF INTENT TO SELL

TO: Creditors, Debtor and Parties in Interest:

Richard B. Webber II, the Trustee duly appointed and acting for the above-captioned estate, pursuant to 11 U.S.C. §363, reports that he intends to sell the following described property on or after the 21st day from the date of mailing this Report and Notice under the terms and conditions stated:

> **NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**
>
> Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within twenty one (21) days from the date of service of this paper and docketing of same. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at United States Bankruptcy Court, 135 W. Central Blvd., Suite 950, Orlando, FL 32801, and serve a copy on, Richard B. Webber II, Trustee, PO Box 3000, Orlando FL 32802-3000, and a copy to United States Trustee Office, 135 W. Central Blvd, Suite 620, Orlando, FL 32801.
>
> If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

1. Description of Property: Estate assets as shown below, hereinafter referred to as the "Property"

| **Description of Property** | **Fair Market Value** | **Value after liens, discounts and exemptions** |
|---|---:|---:|
| Household goods | $685.00 | $372.50 |
| Watch | $10.00 | $10.00 |
| Collectibles | $50.00 | $50.00 |
| 2003 Harley Davidson | $2,905.00 | $2,905.00 |
| **Totals** | **$3,650.00** | **$3,337.50** |

2. Method of Sale: The Property will be sold to a private party on or after November 7, 2011. The name and address of the private party, hereinafter referred to as the "Private Party" is:

> KAREN DENISE MOON, **DEBTOR**
> 972 WHISPER LAKE DR
> WINTER HAVEN, FL 33880

3. <u>Property Information and Insurance</u>: The debtor(s) valued the Property on Schedule B of the bankruptcy petition dated August 18, 2011 at $3,650.00. The property has been not been appraised as an appraisal would be burdensome to the estate. The sales price was determined by the description and condition as reported by the Debtor and allowing for the Debtor's exemptions, costs of pickup, storage, and sale. The debtor(s) maintain insurance on the Property and has agreed to name the Trustee as loss payee.

4. <u>Terms of the Sale</u>: The selling price to the Private Party is $3,337.50 to be paid in 12 consecutive monthly installment payments in the amount of $278.13 per month beginning October 15, 2011. The debtor also agrees to turn over the exempt portion of her 2011 income tax refund and apply it to the buyback. The Trustee acknowledges receipt of the initial payment. The Trustee makes no representations or warranties regarding the Property. Accordingly, the Property is being sold "AS-IS", "WHERE-IS", "WITH ALL FAULTS and DEFECTS THEREIN", and subject to all liens and encumbrances.

5. <u>The Property is being sold subject to the following liens and encumbrances:</u>
   Lien holder name & address          Amount of Lien
   **NO KNOWN LIENS OR ENCUMBRANCES**

The Trustee has noted all liens of which he has knowledge. However, the Trustee has not performed a judgment or lien search. The property is being sold subject to any and all liens of record, as well as any and all easements, restrictions and reservations of record, and back taxes, if any, and current and subsequent taxes. Buyer is responsible for checking marketability of title prior to date of sale.

> **NOTICE:** For items subject to Florida Sales tax, if an exemption or waiver is sought, a Resale or Consumer Exemption Certificate will be required upon the sale. The certificate must bear the name and address of the purchaser, the effective date and the number of the dealer's certificate of registration, and the dealer's signature. If a resale certificate is not presented when required, sales tax will be collected. The tax shall be added to the sales price and the amount of the tax shall be separately stated as Florida tax on any charge tickets, sales slips, invoices or other tangible evidence of sale, and shall be a debt from the purchaser or consumer to the Trustee. If a titled vehicle is involved, buyer is responsible for paying sales tax to the Tag Agency unless the vehicle is being sold to the debtor.

The Trustee reserves the right, without a penalty, to withdraw this offer of sale at any time. This sale will not become final until after the expiration of the 21-day objection period set forth below and / or a favorable disposition of any objections to the sale. The Trustee, until the expiration of the time with which parties may object to the proposed sale, will entertain any higher bids for the purchase of the Property being sold. Such bids much be accompanied by a deposit of twenty percent (20%) of the proposed higher purchase price. The proposed purchase price must be higher than the Fair Market Value. Any higher bid must be received by the Trustee at the address listed below no later than twenty one (21) days from the date of this notice. Inspection of the Property may be arranged by contacting the Trustee. Should a higher bid be received, the Trustee will conduct a telephonic auction between the original purchaser named in this notice and the additional bidder(s) at the earliest reasonable time.

Dated: October 17, 2011

/s/ Richard B. Webber II, Trustee
Richard B. Webber II, Trustee
PO Box 3000
Orlando FL 32802-3000
Office: (407) 425-7010

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been furnished by regular U.S. Mail, postage prepaid, or electronic file transfer to all parties on the mailing matrix, which is attached to the original of this document and filed with the Court, and the United States Trustee, 135 W Central Blvd, Suite 620, Orlando, Florida 32801 this October 17, 2011.

                                              /s/ Richard B. Webber II, Trustee
                                              Richard B. Webber II, Trustee

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:11-bk-12522-KSJ<br>Middle District of Florida<br>Orlando<br>Mon Oct 17 13:21:48 EDT 2011 | Florida Dept of Labor and Security<br>Hartman Building, Suite 307<br>2012 Capital Circle, Southeast<br>Tallahassee, FL 32399-6583 | Florida Dept of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |
| IRS<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Karen Denise Moon<br>972 Whisper Lake Dr<br>Winter Haven, FL 33880-1771 | (p)W S BADCOCK<br>P O BOX 232<br>MULBERRY FL<br>33860-0232 |
| AT&T<br>PO Box 536216<br>Atlanta GA 30353-6216 | Capital One<br>Po Box 30281<br>Salt Lake City, UT 84130-0281 | Chase Bank USA NA<br>1120 W. Lake Cook Rd<br>Suite 3<br>Buffalo Grove, IL 60089-1970 |
| Chase bank USA<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Citibank Mastercard<br>Processing Center<br>Des Moines, IA 50364-0001 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| Equifax Information Services<br>LLC<br>P. O. Box 740256<br>Atlanta, GA 30374-0256 | Esperian<br>P.O. Box 2002<br>Allen, TX 75013-2002 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 |
| HSBC Bank<br>Po Box 5253<br>Carol Stream, IL 60197-5253 | HSBC Bank Nevada NA<br>1111b Town Center Dr<br>Las Vegas, NV 89144 | HSBC Nevada Orchard Bank<br>Po Box 27288<br>Gilbert, AZ 85295 |
| Household Finance<br>Po Box 4153-K<br>Carol Stream, IL 60197 | IC Systems Inc<br>Robert Atkins DDS<br>Po Box 64378<br>Saint Paul, MN 55164-0378 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 |
| JC Penney -GE Money Bank<br>Po Box 965007<br>Orlando, FL 32896-5007 | Jc Penny<br>Po Box 965007<br>Orlando, FL 32896-5007 | Kay Jewelers<br>375 Gltent Rd<br>Akron, OH 44333 |
| Lowe's<br>Po Box 965005<br>Orlando, FL 32896-5005 | Midland Credit Management<br>8875 Aero Dr., Ste 200<br>San Diego, CA 92123-2255 | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123-2255 |
| NCO Financial University FL<br>PO BOX 13570<br>Philadelphia, PA 19101 | Publix Employees FCU<br>3005 New Tampa Hwy<br>Lakeland, FL 33815-3468 | Sears/Citibank<br>Po Box 6241<br>Sioux Falls, SD 57117-6241 |

| | | |
|---|---|---|
| Tedder<br>Delinquency and Enforcement<br>Post Office Box 2016<br>Bartow FL 33831-2016 | TransUnion<br>P. O. Box 2000<br>Crum Lynne, PA 19016-2000 | Verizon Wireless<br>Po Box 26055<br>Minneapolis, MN 55426-0055 |
| United States Trustee - ORL7 +<br>135 W Central Blvd., Suite 620<br>Orlando, FL 32801-2440 | Stephen J Berlinsky +<br>The Berlinsky Law Firm, PA<br>637 Eighth Street<br>Clermont, FL 34711-2159 | Richard B Webber, Trustee +<br>Post Office Box 3000<br>Orlando, FL 32802-3000 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| W. S. Badcock Corporation.<br>c/o Eilizabeth Cleveland<br>Post Office Box 232<br>Mulberry, FL 33860 | (d)Badcock<br>1515 Hwy 17 N.<br>Eagle Lake, FL 33839 | Discover Financial<br>Po Box 15316<br>Wilmington, DE 19850 |
| (d)Elizabeth A Cleveland +<br>W S Badcock Corporation<br>Post Office Box 232<br>Mulberry, FL 33860 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Karen S. Jennemann<br>Orlando | End of Label Matrix<br>Mailable recipients    35<br>Bypassed recipients     1<br>Total                   36 |